IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VENUS MOORE, | § | |
| | § | No. 153, 2023 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE EMPLOYEE BENEFITS | § | C.A. No. K22A-07-001 |
| COMMITTEE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: August 11, 2023
Decided:   October 23, 2023

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the State Employee Benefits Committee's Decision on Appeal of Short-Term Disability Benefit Denial dated June 23, 2023 should be affirmed on the basis of and for the reasons stated in the Superior Court's Order dated April 6, 2023.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] *Moore v. State Emp. Benefits Comm.*, 2023 WL 2808080 (Del. Super. Ct. Apr. 6, 2023).